JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO-ANN VICTORIA FITZGERALD, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE ELEVANCE HEALTH COMPANIES OF CALIFORNIA, INC.; THE ELEVANCE HEALTH COMPANIES, INC.; ELEVANCE HEALTH, INC.; and DOES 1-100, inclusive,<br><br>　　　　　Defendant. | Case No. 2:24-cv-05717-AB (BFM)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 21, 2024

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.