JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO-ANN VICTORIA FITZGERALD, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>THE ELEVANCE HEALTH COMPANIES OF CALIFORNIA, INC.; THE ELEVANCE HEALTH COMPANIES, INC.; ELEVANCE HEALTH, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05717-AB (BFM)<br>The Hon. André Birotte Jr.<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  June 3, 2024<br>Removal Date:   July 3, 2024<br>Trial Date:          None |

Pursuant to the parties' Stipulation of Dismissal with prejudice, (Dkt. 30), the entire action is **DISMISSED** with prejudice with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: January 22, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT